IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00242-BNB

ROSE DANIEL,

    Plaintiff,

v.

HAERYON KIM,

    Defendant.

---

## ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 25, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00242-BNB

Matthew Craig Campbell and
Allen Wayne Walterscheid
Campbell & Walterscheid, LLP
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 25, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk