IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
William J. Martínez

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00242-WJM-KLM

ROSE DANIEL,

    Plaintiff,

v.

HAERYON KIM

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. Accordingly,

IT IS ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated this 29th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00242-WJM-KLM

Allen W. Walterscheid
Campbell & Walterscheid, LLP
Attorney's at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Haeryon Kim

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to United States Marshal for service of process on Haeryon Kim: COMPLAINT FILED 01/29/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on March 29, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk